**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRANSFER ORDER**

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

17-2169      Lyle vs Satellite Shelters, Inc.

17-6222      Derrick vs Superior Energy Services, LLC

17-7431      Ybarra vs International Shipholding Corporation

17-10589     Roccaforte vs National Flood Insurance Program

17-11327     Continental Cement Company vs Absolute Concrete Services

18-1288      Shore Offshore Services, LLC vs JAB Energy Solutions, LLC (closed)

18-4149      Ford vs Louisiana State Board of Medical Examiners

18-8744      Green vs United Parcel Service, Inc.

18-9196      Halliburton vs Administrators of Tulane Educational Fund

19-646       Williams vs Jackson Hands of Change, LLC

19-1304      Bertucelli vs Universal City Studios

19-2838      Riad vs Ganich

19-9559      Gas Light Pro, LLC vs Bevolo

19-9923      Central Parking Systems, Inc. vs Premium Parking Service, LLC

19-10424     Castellanos vs Adams

**CRIMINAL CASES:**

16-197       USA vs Alexander

18-204       USA vs Barnes, et al

19-128       USA vs Sears

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

## CIVIL ACTION CASES:

17-3456        Nemzoff v. Louisiana Children's Medical, et al

16-1356        Wilson et al v. Takata Corporation et al

16-15431       Hudson v. Gulf Logistics Operating, Inc.

18-6359        In Re: Weber Marine, LLC

18-6388        Tricon Steamship Agency v. UStore, Inc,
  c/w 18-8823 American Commercial v. Tricon Steamship Agency, Inc. et al

18-7235        Peters v. Oceaneering International, Inc.

18-9421        Knight, et al v. Huntington, et al

18-11385       Crescent City Surgical Center v. Cigna Health

18-11680       Smartbox, et al v. A. Maloney Moving, et al

18-14046       Taylor Energy Company, L.L.C. vs. Kristi M. Luttrell, et al
  c/w 18-14051   Taylor Energy Company, L.L.C. vs. Convillion Group LLC

19-1796        Addison v. Associated Terminals, LLC

19-8290        City of New Orleans v. Apache Louisiana Minerals LLC et al

19-9230        Atain Specialty v. Privilege Underwriters Reciprocal Exchange

19-9710        Hudson v. Johnson & Johnson

## CRIMINAL CASES:

19-059         USA v. Sealed

19-083         USA v. Armstead

19-123         USA v. Coler, et al

**IT IS FURTHER ORDERED** that the following Section "F" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

## CIVIL ACTION CASES:

| | |
|---|---|
| 18-2874 | Denise Watkins v. Michael Tregre |
| 18-6679 | Billy Joe Guerrero v. Cox Operating, L.L.C., et al |
| 18-7741 | U.S. Specialty Insurance Company v. Strategic Planning Associates, LLC |
| 18-8971 | Chloe Cortez, et al v. Reggie Pitre, et al |
| 18-9585 | Landrell Hines v. Chateau St. James Rehabilitation and Retirement |
| 18-9901 | Robert Jenkins, Jr. v. Ranger Offshore, Jr. |
| 18-13364 | Joseph Costa v. Debra Ricci, et al |
| 18-14212 | Than Huang Nguyen v. Sea Support Ventures, LLC, et al |
| 19-280 | Dennis Perry v. H.J. Heinz Company Brands, LLC |
| 19-338 | Brandon E. Walker v. Sunland Construction, Inc., et al |
| 19-635 | Rene Chatagnier v. Group Long Term Disability Plan for Employees of PBF Energy Company, LLC, et al |
| 19-740 | Eugene English, et al v. Bridget Edmond, et al |
| 19-9433 | In RE: Marine Ventures, Inc. |
| 19-11236 | Michael W. Holliday v. Marlin N. Gusman |
| 19-11297 | AT&T, Inc. v. William Collins Jones, IV |
| 19-11348 | Thomas E. Lavin, et al v. Practice Protection Fund, et al |

## CRIMINAL CASES:

| | |
|---|---|
| 18-19 | USA v. Porfirio Garcia, Percel Gomez |
| 19-64 | USA v. Mark Douglas |
| 19-102 | USA v. Adam Lumpkin |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

17-9955    Petro Marine Underwriters, Inc., et al. v. Cox Operating, LLC, et al.

17-11273    Comeaux v. Atos Origin IT Services, Inc., et al

18-3396    Matherne v. Louisiana, et al.

18-4036    Acox v. Adler

18-4405    J&J Sports Productions, Inc. v. Dinette, LLC, et al.

18-6479    Le Gardeur v. Life's Abundance, Inc.

18-6729    Hammerman & Gainer, LLC v. Lexington Insurance Company, et al.

18-8869    Arnold v. United States Department of Agriculture

18-9191    Beckett, et al. v. G4S Secure Solutions USA, Inc.

18-9559    Falcon v. Realm Realty Company, et al

19-1377    Cummings, et al. v. Americredit Financial Services, Inc., et al.

19-1945    Singleton v. Life Insurance Company of North America

19-10500    Adoue v. UNUM Life Insurance Company of America

19-9116    Middleton v. Mercury Insurance Company

19-10888    Castillo v. E.M. Dimitri, D.O.

19-10937    Lossi v. Shaw

**CRIMINAL CASES:**

78-251    USA v. Jario J Martinez

80-110    USA v. Maria Piedad Calle de Naravez

83-168    USA v. Fernando Lopez

86-297    USA v. Abdulnasser El-Najjar

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

18-11253    Helwig v. Marver, et al

19-270    Hornbeck Offshore Operators, LLC et al v. Knox

19-295    Etheridge v. Tanner et al

19-1702    D&S Marine Service, L.L.C. v. Encarnacion

19-2156    Umbrella Investment Group, LLC et al v. Wolters Kluwer Financial Services, Inc.

19-2348    Fleming et al v. Elliott Security Solutions, LLC et al

19-6054    Clark v. Nicholls State University et al

19-6831    Clark v. Cooper

19-9324    CRC Distributing, LLC v. Phil's Cakebox Bakeries, Inc. et al

19-9532    Hughes v. Jean Lafitte Harbor, L.L.C.

19-10495    Quinn v. Nycom, Inc.

19-10601    Rigel Trading Corp. v. Marquette Transportation Company Gulf-Inland, LLC

19-10659    YapStone, Inc. v. Amer

19-10773    Sutherland v. Orleans Parish Sheriff's Office et al

19-10931    Wild et al v. St. Tammany Parish Hospital Service District No. 1

19-11107    Armstead v. Sewage & Water Board et al

### CRIMINAL CASES:

None.

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-14093 | Sansone v. Jazz Company, LLC |
| 19-351 | Verrett v. Vannoy et al |
| 19-2223 | Williams v. Pohlmann et al |
| 19-7961 | Gathright v. Social Security Administration |
| 19-9110 | Marek v. Mechanical Equipment |
| 19-9294 | Scott v. Prudential Insurance Company of America |
| 19-9554 | Landry v. Johnson & Johnson et al |
| 19-9915 | Robinson v. Ancalade et al |
| 19-10073 | Dugas et al v. Fontenot |
| 19-10674 | Brown v. George et al |
| 19-10682 | United States of America v. Land et al |
| 19-10688 | Jenkins v. Vannoy et al |
| 19-10689 | Trosclair v. Monsanto Company et al |
| 19-10775 | U.S. Equal EEOC v. Tamco Professional Coatings |
| 19-11279 | Badon v. Amazing Care Services, LLC et al |
| 19-11346 | Johnson v. Jefferson Parish Correctional Center, et al |

### CRIMINAL CASES:

| | |
|---|---|
| 18-139 | USA vs SEALED |
| 19-99 | USA vs Peralta |

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-7501 | TM Claims Service, Inc., et al v. Barge LF 0503, et al |
| 18-7581 | Theriot v. Chevron |
| 18-8290 | Sonnier v. Bickham |
| 18-8528 | Schexnayder v. Callais & Sons, L.L.C. |
| 18-10526 | In Re: Alexis Marine, L.L.C. |
| 18-14327 | Williams v. Raynor |
| 19-285 | Wen v. Kreitler, et al |
| 19-873 | Warner v. HMS Global Maritime, Inc. |
| 19-1644 | Parsons v. Tote Services, Inc. |
| 19-1736 | Hodges v. Parker Towing Company, Inc. |
| 19-1853 | Bradley v. ACE American Insurance Company |
| 19-9333 | Claiborne v. Hudson Insurance Company |
| 19-9339 | Harry Marsh v. Huntington Ingalls Incorporated, et al |
| 19-10332 | Maldonado v. M&E Construction, LLC |
| 19-10676 | MK electric Man, L.L.C. v. Maillot |
| 19-10880 | WLP Capital v. Patriot Group Services, et al |

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 93-382 | USA v. Francisco Torres-Anguino, et al |
| 19-51 | USA v. SEALED |
| 19-105 | USA v. Anthony Horton |

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

## CIVIL ACTION CASES:

| | |
|---|---|
| 18-7731 | Joie de Vivre Hospitality, LLC v. Slumber Corners Master Tenant, LLC |
| 18-9430 | Stark v. Home Depot USA, Inc. |
| 18-10028 | Miller v. Reliance Standard Life Insurance Company |
| 18-10067 | Ladner v. Walmart, Inc. |
| 18-10756 | Goldring et al v. United States of America |
| 18-11393 | Bruce et al v. Board of Sup. of Louisiana Community and Technical Colleges |
| 18-12270 | Moore v. U.S. Postal Service et al |
| 18-13561 | Zeringue v. Hartford Life and Accident Insurance Company |
| 18-13773 | Laguna Commercial Capital, LLC v. Resources for Better Health LLC et al |
| 19-387 | Cook v. SyncStream Solutions LLC, et al |
| 19-1709 | Clark v. Huntington Ingalls Industries, et al. |
| 19-9120 | Fontana v. New Orleans City et al |
| 19-9308 | Lopez-Lopez v. Orazio et al |
| 19-9340 | USI Insurance Services LLC v Matthews, et al |
| 19-10505 | Marshall et al v. Louisiana State et al |
| 19-10698 | Dat's Cajun Seafood vs. United States of America |

## CRIMINAL CASES:

| | |
|---|---|
| 18-033 | USA v. Darren Ruffin |
| 18-120 | USA v. Davonte DeJean |
| 18-130 | USA v. Robert Glenn Hennessey |
| 19-005 | USA v. SEALED |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

## CIVIL ACTION CASES:

| | |
|---|---|
| 17-6124 | Bocage vs. M-I LLC |
| 17-9663 | Ragas vs. Schexnayder, et al. |
| 17-17116 | Folse vs. Takata Corp. |
| 18-3480 | J&J Sports Production vs. Bundee's |
| 18-5364 | Tyler vs. Riopelle |
| 18-6090 | Giles vs. ACE |
| 18-6660 | Guidry vs. Allstate |
| 18-7975 | Dickerson vs. Superdome |
| 18-8907 | Charles, et al. vs. Wiley Sanders Truck Lines |
| 18-9042 | Lambert, et al. vs. Norris Scott, et al. |
| 18-9771 | Gaidry vs. Life Insurance Co |
| 18-10667 | Kirby Rhodes vs. Medtronic, Inc. |
| 19-1179 | Hanover Insurance vs. Studio Network, et al. |
| 19-1906 | AR Factoring, LLC vs. Commonwealth Applied Silica |
| 19-10490 | Ancira vs. City of New Orleans |
| 19-10766 | Reeves vs. City of New Orleans |

## CRIMINAL CASES:

| | |
|---|---|
| 18-89 | USA vs. Don Edward Pannell II |
| 19-20 | USA vs. Wayne Triche |
| 19-57 | USA vs. Damien Justin |
| 19-114 | USA vs. Gary Peter Simon, Jr. |

New Orleans, Louisiana, this   27th   day of June 2019.

*Nannette Jolivette Brown*

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT