# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES** | **CIVIL ACTION NO.  2:19-CV-02348-GGG-KWR** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **ELLIOTT SECURITY SOLUTIONS, LLC, IAN KENNARD, AND DARRIN ELLIOTT, SR.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND ALTERNATIVE 12(e) MOTION FOR MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr. (collectively, "Defendants"), and without waiving any rights, objections, privileges or exceptions, respectfully move this Honorable Court to dismiss the claims of Plaintiffs, Daphne Fleming and Brintney Jones (on behalf of themselves and other persons similarly situated) asserted against Defendants for the reasons more fully set forth in the attached Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss and Alternative 12(e) Motion for More Definite Statement.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:    */s/ Brandon E. Davis*
Brandon E. Davis, T.A. (Bar  #29823)
Kim M. Boyle (Bar #18133)
Jessica M. Thomas (Bar #38424)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: davisb@phelps.com

PD.26598508.2

Email: boylek@phelps.com
Email: jessica.thomas@phelps.com

**ATTORNEYS FOR DEFENDANTS ELLIOTT SECURITY SOLUTIONS, LLC; IAN KENNARD AND DARRIN ELLIOTT, SR.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon E. Davis*

PD.26598508.2