## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES** | **CIVIL ACTION NO.  2:19-CV-02348-GGG-KWR** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **ELLIOTT SECURITY SOLUTIONS, LLC, IAN KENNARD, AND DARRIN ELLIOTT, SR.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr., will submit their Rule 12(b) Motion to Dismiss and, alternative Rule 12(e) Motion for Definite Statement to dismiss the Collective Action Complaint filed by Plaintiffs, Daphne Fleming and Brintney Jones, on behalf of themselves and other persons similarly situated.  Defendants' Motion is filed for consideration before the Honorable Judge Greg G. Guidry, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, on the 21st day of August at 10:00 A.M., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Brandon E. Davis*
Brandon E. Davis, T.A. (Bar  #29823)
Kim M. Boyle (Bar #18133)
Jessica M. Thomas (Bar #38424)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: davisb@phelps.com

PD.26598571.2

Email: boylek@phelps.com
Email: jessica.thomas@phelps.com

**ATTORNEYS FOR DEFENDANTS
ELLIOTT SECURITY SOLUTIONS, LLC;
IAN KENNARD AND DARRIN ELLIOTT,
SR.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of July, 2019, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record.

*/s/ Brandon E. Davis*

PD.26598571.2