## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES** | **CIVIL ACTION NO.  2:19-CV-02348** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **ELLIOTT SECURITY SOLUTIONS, LLC, IAN KENNARD, AND DARRIN ELLIOTT, SR.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### DEFENDANTS' MOTION TO CONSOLIDATE

NOW INTO COURT, through undersigned counsel, come Defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr., who, pursuant to Federal Rule of Civil Procedure 42(a) and Local Rules 3.1 and 3.1.1, move this Honorable Court to consolidate the newly-filed and related case, *Derrick Rodney and Jerome Batiste v. Elliott Security Solutions, LLC, Ian Kennard, Darrin Elliott, Sr., and Dayone Elliott*, Civil Action No. (hereinafter "Second Action") with the above-referenced matter entitled *Daphne Fleming and Brintney Jones v. Elliott Security Solutions, Ian Kennard, and Darrin Elliott, Sr.*, Civil Action No. (hereinafter "Original Action), for all purposes, including trial.  Defendants submit that the two cases involve similar parties and claims that comprise substantially all or a material part of the subject matter and operative facts of the earlier-filed, Original Action.  Accordingly, consolidation is appropriate.

WHEREFORE, Defendants respectfully request that this Court grant the instant motion and consolidate the Second Action with the Original Action for all purposes, including trial; award Defendants their attorneys' fees and court costs associated with the filing of this motion; and grant such other relief as this Court deems proper.

1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:    */s/ Brandon E. Davis*

Brandon E. Davis (Bar   #29823)
Kim M. Boyle La. Bar No. 18133
Jessica Thomas (Bar #38424)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: davisb@phelps.com
Email: boylek@phelps.com
Email: jessica.thomas@phelps.com


**ATTORNEYS FOR DEFENDANTS
ELLIOTT SECURITY SOLUTIONS, LLC,
IAN KENNARD, AND DARRIN ELLIOTT,
SR.**

2