UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAPHNE FLEMING AND BRINTNEY JONES

    Plaintiff,

    vs.

ELLIOTT SECURITY SOLUTIONS, LLC; IAN KENNARD AND DARRIN ELLIOTT, SR.

    Defendants.

CIVIL ACTION NO.: 19-2348

SECTION: T
JUDGE GREG GUIDRY

MAGISTRATE: 4
MAGISTRATE JUDGE KAREN WELLS ROBY

## RESPONSE TO MOTION TO CONSOLIDATE

NOW INTO COURT through undersigned counsel come Plaintiffs, Daphne Fleming and Brintney Jones, who respectfully represent to the Court that they do not believe that they have basis to oppose the Motion to Consolidate filed by Defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr. (Rec. Doc. 17). Plaintiffs will defer to counsel for Derrick Rodney and Jerome Batiste should they decide to oppose consolidation.

Respectfully submitted,

*/s/ Mary Bubbett Jackson*
Jody Forester Jackson, (La. Bar No. 28938)
Mary Bubbett Jackson, (La. Bar No. 29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
T: (504) 599-5953
F: (888) 988-6499
E: jjackson@jackson-law.net
   mjackson@jackson-law.net
Attorneys for Plaintiffs