**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES** | **CIVIL ACTION** |
| | **NO: 19-2348** |
| **VERSUS** | |
| | **SECTION: T** |
| **ELLIOT SECURITY SOLUTIONS, LLC, IAN KENNARD, AND DARRIN ELLIOT, SR.** | |

## JUDGMENT

On this date, the Court issued an order granting a motion to dismiss filed by defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr. and dismissing the claims of Daphne Fleming and Brintney Jones against Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr. and against Daphne Fleming and Brintney Jones and all claims in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE.** Daphne Fleming and Brintney Jones are granted an additional twenty-one (21) days from the entry of this Order to file an amended complaint alleging a Fair Labor Standards Act collective action.

**New Orleans, Louisiana**, on this 22nd day of January, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**