UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAPHNE FLEMING, et al. | CIVIL ACTION |
| VERSUS | NO: 19-02348 |
| ELLIOTT SECURITY SOLUTIONS, LLC, et al. | SECTION: T (4) |

## ORDER OF DISMISSAL

The Court having been advised by the Chief Magistrate Judge (R. Doc. 103) that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.[1]

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 18th day of August 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] The Motion for Attorney Fees has been referred to the Chief Magistrate Judge. *See* R. Doc. 114.