## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES** | **CIVIL ACTION NO. 19-2348** |
| Plaintiff, | **SECTION "T"** |
| vs. | **JUDGE GUIDRY** |
| **ELLIOTT SECURITY SOLUTIONS, LLC; IAN KENNARD AND DARRIN ELLIOTT, SR.** | **MAG. DIV. (4)** |
| Defendants. | **MAGISTRATE JUDGE ROBY** |

## JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Daphne Fleming and Brintney Jones, and Defendants, Elliott Security Solutions, LLC, Ian Kennard, and Darrin Elliott, Sr., (collectively, the "Parties"), who submit this Joint Motion to Approve Settlement and for Dismissal. For the reasons stated more fully in the accompanying Memorandum in Support, the Parties pray that their Motion be granted.

### RESPECTFULLY SUBMITTED,

*/s/ Mary Bubbett Jackson*

Jody Forester Jackson (28938)
Mary Bubbett Jackson (29110)
**JACKSON+JACKSON**
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
T: (504) 599-5953
F: (888) 988-6499
E: jjackson@jackson-law.net
   mjackson@jackson-law.net

*Attorneys for Plaintiffs*

*/s/ Brandon E. Davis*

**PHELPS DUNBAR LLP**
BRANDON E. DAVIS (#29823) KIM M. BOYLE (#18133) REBECCA SHA (#35317) STEPHANIE POUCHER (#37263) ASHLEY HEILPRIN (#34928)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311 Facsimile: 504-568-9130
Email: davisb@phelps.com
boylek@phelps.com
rebecca.sha@phelps.com

PD.36083140.1

stephanie.poucher@phelps.com
ashley.heilprin@phelps.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed on this 29th day of November, 2021, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                               */s/ Brandon E. Davis*