UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE FLEMING AND BRINTNEY JONES**<br><br>  Plaintiff,<br><br>vs.<br><br>**ELLIOTT SECURITY SOLUTIONS, LLC; IAN KENNARD AND DARRIN ELLIOTT, SR.**<br><br>  Defendants. | CIVIL ACTION NO. 19-2348<br><br>SECTION "T"<br>JUDGE GUIDRY<br><br>MAG. DIV. (4)<br>MAGISTRATE JUDGE ROBY |

## ORDER

Considering the Joint Motion for Settlement Approval and for Dismissal (R. Doc. 142), the Court concludes the settlement reached is a fair and reasonable resolution to a bona fide dispute. Accordingly;

**IT IS ORDERED** that the Parties' Joint Motion is **GRANTED** and the settlement is hereby **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. Specifically, the Court retains jurisdiction to enforce the settlement agreement if the settlement is not consummated within sixty days.

New Orleans, Louisiana, this __30th__ day of November, 2021.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**